UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN FOULK,<br><br>    Respondent. | No. CV 14-5988 DMG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: December 28, 2015

                                                        */s/ Dolly M. Gee*
                                                        DOLLY M. GEE
                                                     United States District Judge